ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* HUNT.

BECK, J. 1. Grounds of a motion for a new trial alleging that the verdict was contrary to specified portions of the charge of the court are, in essence, merely complaints that the verdict was contrary to law. *Atlanta Ry. &c. Co.* v. *Walker,* 112 *Ga.* 725 (38 S. E. 107).

2. After careful examination of the grounds of the motion for a new trial complaining of the admission of evidence, and of the entire record in the case, it does not appear that the judge erred in refusing to exclude the evidence the admission of which is complained of in those grounds.

3. There were no exceptions to any of the court's instructions to the jury, and there was sufficient evidence to support the verdict

> *Judgment affirmed. All the Justices concur.*
> SEPTEMBER 26, 1911.

Action for damages. Before Judge Fite. Dade superior court. June 9, 1910.

*Maddox, McCamy & Shumate,* for plaintiff in error.

*Foust, Payne & Tatum,* contra.